UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-24 (JRT/ECW)

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                       **NOTICE OF SUBSTITUTION**

NASRA AHMED,

          Defendant.


Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

John R. Arboleda


Remove AUSA

Kristian C.S. Weir


Dated: February 5, 2026          Respectfully submitted,

                             DANIEL N. ROSEN
                             United States Attorney

                             *s/John R. Arboleda*
          BY:   John R. Arboleda
                             Special Assistant U.S. Attorney