UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-24 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **COMPEL DISCOVERY** |
| NASRA AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Nasa Ahmed, through undersigned counsel, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 16(a), Brady, and Giglio and other applicable law, for an Order compelling the United States to disclose the following materials relevant to this case, and to provide the disclosure at least one week prior to the pretrial motions hearing:

1) All squad video and body worn camera video of agents and officers present at the incident underlying this case. The government has disclosed one cell phone video taken by an officer but have not provided any other videos by officers involved. ICE agents sometimes wear body worn camera videos, but no disclosure has been made whether or not any agents work cameras in this case. Further, Ms. Ahmed observed one of the agents wearing Meta Glasses which could have taken video or photos. If such video or photos exist, the defense requests their disclosure.

2) Criminal histories and personnel files for agents/officers involved in the encounter with Ms. Ahmed.

3) DHS/ICE training records for each agent involved in the encounter with Ms. Ahmed.

4) Computer and cell phone browsing and search histories for each ICE/DHS agent from January 14, 2026 through the date of the Misdemeanor Information related in any way to the Defendant or this case, including all histories and search quires made on the Internet, on any intranet sites available to the agents, and on any CIS, vehicle registration, driver information, or other State or Federal database, whether or not available to the public.

5) Any and all records of any informational database reviewed, relied on, consulted, or considered by any DHS/ICE officer, or any other law enforcement officer who participated in this matter.

6) Copies of all radio traffic, dispatch records, cell phone communications, and any other communications between or among DHS/ICE, and any other law enforcement personnel regarding this incident, whether such data is stored on a government or private device or other storage media.

7) All documents, communications, phone records, text messages, chats, emails, transmittals, and any other exchange of information between or among DHS, CBP, the U.S. Attorney's Office for the District of Minnesota, the Department of Justice, and any other law enforcement or prosecutive authorities regarding the potential or actual

charging, declination, presentment, dismissal, recharging, or recharacterization of any criminal charges related to the Defendant.

8) Any and all photographs, text messages, emails, chats, or other cell phone data captured by or depicting any of the aforementioned law enforcement officers.

9) Any and all draft affidavits prepared in anticipation of the potential charging of this matter by felony Complaint.

10) All law enforcement training records or curricula for agents involved in the encounter with Ms. Ahmed.

11) All disciplinary files, Internal Affairs files, adverse findings regarding credibility or fitness, any other adverse performance assessments for the agents involved in the encounter with Ms. Ahmed.

Said disclosure must be provided before the pretrial motions hearing in order to enable the defense to prepare and sufficiently present their pretrial motions.


Dated:  April 3, 2026                                LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
JORDAN S. KUSHNER
Attorney ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com