UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-024 (JRT/ECW)

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

NASRA AHMED,

      Defendant.

**GOVERNMENT'S MOTION TO
CONTINUE MOTION HEARING**

The United States of America respectfully moves this Court to continue the April 24, 2026 motion hearings date to Friday, May 08, 2026 or a later date amenable to the defense and Court.

**[INTENTIONALLY LEFT BLANK]**

The United States respectfully requests this continuance because of two late pretrial motion filings by Ahmed. The short, requested continuance would

provide reasonable time necessary for the United States to review the supplemental motions and respond accordingly.

Dated: April 24, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*

BY: Robert G. Tucker III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
202-230-4022
Email: robert.tucker@usdoj.gov