UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-024 (JRT/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

NASRA AHMED,

Defendant.

**GOVERNMENT'S MOTION TO EXTEND DEADLINE TO PRODUCE DISCOVERY**

The United States of America respectfully requests the Court grant a 60-day extension of the deadline to produce discovery as ordered at the April 24, 2026, motion hearing.

## BACKGROUND

On April 24, 2026, the Court held a motion hearing where it granted in part the defense Motion to Compel Discovery (ECF No. 31). ECF No. 55. Government counsel was ordered to provide discovery in accordance with paragraphs 1, 6, and 8 (as limited by the Court). *Id*. The Government was ordered to provide the ordered discovery on or before May 12, 2026. *Id*.

## ARGUMENT

The Government is working to identify, locate, assemble, and collect materials for the May 12, 2026, disclosure deadline. As part of that process, the government was advised that the materials and information ordered

disclosed are voluminous and reside in various locations, storage capacities, formats, and on multiple devices in the possession of governmental agencies, numerous agents and/or government employees throughout the country. Because of the challenges associated with locating, organizing, reviewing, and producing such an amount of information from various sources, an additional 60 days is necessary.

## CONCLUSION

For the foregoing reasons, the Government requests a 60-day extension to the May 12, 2026, deadline to produce the discovery ordered by the Court on April 24, 2026.

Dated: May 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*

BY: Robert G. Tucker III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
202-230-4022
Email: robert.tucker@usdoj.gov

2