UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-24 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S RESPONSE TO** |
| | ) | **GOVERNMENT'S MOTION TO** |
| NASRA AHMED, | ) | **EXTEND DISCOVERY DEADLINE** |
| | ) | |
| Defendant. | ) | |

Defendant Nasa Ahmed, through undersigned counsel, hereby objects to the government's motion for a sixty day extension of the deadline to produce discovery. At the previous hearing on April 24, 2026, the government represented that it would need two weeks to provide discovery. (Mot. Tr. at 21:20-24). The Court then set a deadline of May 12, eighteen days later, without objection. (Id, at 22:3-7). 60 additional days is excessive and contrary Ms. Ahmed's right to a speedy trial. The charge in this case arises from one incident which lasted about ten minutes. It is unclear why responsive data would be so voluminous that it would take such a long time to gather it. It should be noted that this is a misdemeanor case, and is part of the government's retaliation against those with the courage to take stands against the federal invasion of Minneapolis. The government should have conducted a thorough investigation and examination of the evidence before deciding to pursue criminal charges. If it cannot locate the evidence in a reasonable amount of time, it would be appropriate for the government or the Court to dismiss this case.

In the event that any extension is granted, Ms. Ahmed requests that her deadline for further briefing on her pretrial motions be extended until one week after the new discovery deadline.

Dated:  May 12, 2026                              LAW OFFICE OF JORDAN S. KUSHNER

                                           By s/Jordan S. Kushner
                                              JORDAN S. KUSHNER
                                              Attorney ID 219307
                                              Attorney for Defendant
                                              431 South 7th Street, Suite 2446
                                              Minneapolis, Minnesota  55415
                                              (612) 288-0545
                                              jskushner@gmail.com