# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

                    Plaintiff(s),

v.

Nasra Ahmed

                    Defendant(s).

**JUDGMENT IN A CRIMINAL CASE**

Case No. 26-mj-00024-JRT-ECW-1

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The Government's Motion to Dismiss (Docket No. [69]) is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** the Government's motion to the extent it seeks dismissal but **DENIES** the motion to the extent it seeks dismissal without prejudice. This matter is hereby **DISMISSED WITH PREJUDICE**.

2. The Government's Motion to Hold Deadlines in Abeyance Pending an Order on the Motion to Dismiss (Docket No. [70]) is **DENIED AS MOOT**.

Date: June 15, 2026                 Kate M. Fogarty, Clerk